

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 472ND DISTRICT COURT OF BRAZOS COUNTY, GREETINGS:

On June 24, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Texas A&M University v. Erin A. Snider, Ph.D.

Court of Appeals No. 15-24-00071-CV
Trial Court No. 23-000631-CV-472

The Court of Appeals entered the following judgment or order:

This cause, an interlocutory appeal from an order denying a partial plea to the jurisdiction in favor of appellee, Erin A. Snider, Ph.D., was heard on the appellate record. We have inspected the record and find error in the order. We therefore **REVERSE** the order of the court below and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Erin A. Snider, Ph.D.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this October 7, 2025.

**CHRISTOPHER A. PRINE, CLERK**